Jay A. Kaplan, Esq., SBN: 86202
KAPLAN LAW CORPORATION
400 Oceangate, Suite 1125
Long Beach, California 90802
Telephone: (562) 372-0506
Facsimile: (562) 349-0566

Attorneys for Plaintiff, WILLIE JIMENEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JIMENEZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, <br><br> Defendants. | CASE NO. 1:16-cv-01126-LJO-MLS <br> Magistrate Judge: Michael J. Seng <br><br> ORDER **DENYING** STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND EXTEND THE DISCOVERY CUT-OFF DEADLINES AND TRIAL DATE <br><br> Courtroom: 6 |

The parties in this case have stipulated to modify the Scheduling Order in this case and extend existing deadlines and the trial date.

The parties may modify deadlines for designation of experts, discovery generally and filing of non-dispositive motions provided such modifications, if any, do not impact the deadline for filing and hearing dispositive motions, the date of the pretrial conference or the date of trial; the latter deadlines and dates remain firm. The parties shall within 10 days of the date of this Order, submit their Stipulation for modification of

ORDER RE JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND EXTEND THE DISCOVERY CUT-OFF DEADLINES AND TRIAL DATE

1

deadlines for designation of experts, discovery generally and filing of non-dispositive motions.

Accordingly, the parties Stipulation, above, is denied.

IT IS SO ORDERED.

Dated: July 7, 2017          /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE

ORDER RE JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND EXTEND THE DISCOVERY CUT-OFF DEADLINES AND TRIAL DATE

2