# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JIMENEZ, JR.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　Defendants. | CASE NO. 1:16-cv-01126-LJO-MLS<br>Magistrate Judge: Michael J. Seng<br><br>ORDER RE AMENDED JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND EXTEND THE DISCOVERY CUT-OFF DEADLINES<br><br>Courtroom: 6 |

Having considered the Stipulation and Amended Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The non-expert, percipient witness discovery deadline in this case shall be continued to September 11, 2017;

2. The expert discovery deadline shall be continued to October 30, 2017;

3. The expert witness disclosure in this matter shall be continued to October 20, 2017;

4. Rebuttal expert witness disclosure shall be continued to October 27, 2017;

5. The last day to file non-dispositive motions shall be continued to **October 30, 2017 (the Court believing it prudent to extend this deadlines until close of all discovery),** with hearing dates TBD; and,

ORDER RE AMENDED JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND EXTEND THE DISCOVERY CUT-OFF DEADLINES

1

6. **The parties previously having been advised (ECF NO. 16) that** the **deadline for filing and hearing dispositive motions, the date of the pretrial conference and the date for trial would not be disturbed**,

   a. all dispositive motions are to be filed on or before August 3, 2016 and set for hearing on September 14, 2017 at 08:30 AM in Courtroom 4 before Chief Judge Lawrence J. O'Neill,

   b. the Pretrial Conference will be held October 25, 2017 at 08:30 AM in Courtroom 4, and,

   c. jury trial will begin December 12, 2017 at 08:30 AM in Courtroom 4 (LJO),

   all as previously ordered (ECF No. 11)**.**

IT IS SO ORDERED.

Dated:   July 12, 2017                      /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE